IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEMS
        PRODUCTS LIABILITY LITIGATION      MDL 2327

---

THIS DOCUMENT RELATES TO:

WILLENE CARRIGG,

                Plaintiff,

v.                                       Civil Action No. 2:14-cv-09405

ETHICON, INC.,
ETHICON, LLC, and
JOHNSON & JOHNSON,

                Defendants.

## MEMORANDUM OPINION AND ORDER

On February 8, 2019, a Suggestion of Death was filed by plaintiff's counsel suggesting the death of Willene Carrigg during the pendency of this civil action. [ECF No. 13]. On May 3, 2019, plaintiff's counsel filed Motion for Extension of Time to Serve Non-Parties with Plaintiff's Suggestion of Death. In that Motion, plaintiff's counsel requested until August 8, 2019 to serve non-parties.

Pursuant to Federal Rule of Civil Procedure 25(a) and Pretrial Order ("PTO") # 308 (Requirements for Counsel to Deceased Plaintiffs) filed in *In re: Ethicon, Inc., Pelvic Repair System Products Liab. Litig.*, 2:12-md-2327 [ECF No. 6218], the time to substitute a proper party for the deceased party has expired and there has been no motion to substitute the deceased party. Willene Carrigg was the only plaintiff named in this civil action.

The court **ORDERS** that pursuant to Rule 25(a) and PTO # 308, this case is **DISMISSED without prejudice** and **STRICKEN** from the docket. Any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 10, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE